IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.  CRIMINAL NO. 3:05cr45TSLJCS

CURRY L. MCCARTY

## JUDGMENT OF ACQUITTAL

This day this cause came before the Court with the United States Attorney prosecuting for and on behalf of the United States, and also came the attorney for the defendant and the defendant, CURRY L. MCCARTY in his own proper person, who on August 1, 2005, had been legally arraigned and had plead not guilty to the charge in the above styled and numbered indictment against him, and the issues having been joined;

Thereupon came foreman and eleven other good and lawful jurors who composed the jury and who, having been examined, accepted and sworn to try the issues joined between the United States and the defendant, after hearing the testimony of all witnesses, the arguments of counsel, and the instructions of the Court, and having duly considered the same, returned into open Court a verdict of not guilty.

IT IS, THEREFORE, ORDERED that said defendant, CURRY L. MCCARTY, be and he is hereby acquitted, the indictment against him is dismissed and his bond herein is cancelled.

ORDERED this the 22nd day of NOVEMBER, 2005.

_____
UNITED STATES DISTRICT JUDGE